TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00700-CR

Elevterio Davila, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT

NO. 5097, HONORABLE JAMES C. ONION, JUDGE PRESIDING

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

 

 Bea Ann Smith, Justice

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: August 31, 1999

Do Not Publish